## Commonwealth *v.* Fisher, Appellant.

Submitted September 14, 1970. *P. Richard Klein,* Public Defender, for appellant; *Thomas G. Ashton,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Foreman, Appellant.

Submitted September 16, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.